# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUAN JOSE RAMOS RIVERA

NO. 2025 KW 0619

**SEPTEMBER 8, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-03053.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**STAY LIFTED. WRIT GRANTED.** Louisiana Code of Criminal Procedure article 729.7 permits, as in the instant case, the district attorney to excise from a statement the identifying information of any witness to a crime, if the district attorney believes that the witness's safety may be compromised by the inclusion of such information. Further, if the information excised by a party includes the substance, or any part thereof, of any written or recorded statement of the witness, that party must provide the excised substance, or any part thereof, to the other party immediately prior to the witness's testimony at the trial. La. Code Crim. P. art. 729.7(B). Here, the State redacted information from discoverable documents based on its concern for witness safety. In response, the defendant followed the appropriate procedure by objecting to the redaction in a written motion. Pursuant to La. Code Crim. P. art. 729.7, prior to determining whether or not the redaction should be maintained, the district court must conduct an *ex parte* proceeding that is to be recorded and maintained under seal, wherein the State must make a *prima facie* showing why the redacted information should not be disclosed to the defendant. In this matter, the record shows the State was not afforded the opportunity to finish making the requisite showing prior to the *ex parte* proceeding being halted. Accordingly, the ruling ordering the State to provide unredacted copies of the police reports in this matter is vacated and this matter is remanded for a reopened hearing in accordance with the dictates of La. Code Crim. P. art. 729.7, et seq.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT